### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **SHANE ANTHONY JONES** | **CIVIL ACTION NO. 3:23-cv-01063** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **MADISON CORRECTIONAL SECURITY MANAGEMENT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Shane Anthony Jones's claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 29th day of July 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE